UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT PIKEVILLE

**CIVIL ACTION NO. 14-166-DLB**

**DAVID COLLINS**                                                                                                   **PLAINTIFF**

vs.                                                                         **JUDGMENT**

**CAROLYN W. COLVIN, Acting**
**Commissioner of Social Security**                                                    **DEFENDANT**

*********************

Consistent with the Memorandum Opinion and Order entered today, and pursuant to Rule 58 of the Federal Rules of Civil Procedure and sentence four of 42 U.S.C. § 405(g), it is **ORDERED AND ADJUDGED** as follows:

(1)     The administrative decision is **AFFIRMED** and judgment is entered in favor of Defendant Commissioner;

(2)     Plaintiff's complaint against Defendant Commissioner is **DISMISSED WITH PREJUDICE;** and,

(3)     This action is **STRICKEN** from the active docket of this Court.

This is a final and appealable order and no just cause for delay exists.

This 18th day of March, 2016.

